AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

TREVOR S. ERICKSEN, a man, ALENA ERICKSEN, a woman, JOHN WALTON ORTEN, a man, SOPHIA ARNASON ANDERSON, a woman, JAMES K. TRACY, a woman, and JENNIFER CURTIS ORTEN, a woman,

        Plaintiffs,

v.

GARY HERBERT, a man, SPENCER J. COX, a man, DEIDRE HENDERSON, a woman, ANGELA DUNN, a woman, JOSEPH K. MINOR, a man, and RICHARD SAUNDERS, a man,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-cv-00096-TC-CMR

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

February 4, 2022

*Date*

BY THE COURT:

*Tena Campbell*
U.S. District Judge Tena Campbell